UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

                Plaintiff,

-against-

JONES PIZZA INC. JONES PIZZA INC. d/b/a LAYLA JONES PIZZA & PASTA, ALEKSANDER BARSKY, and FLORA BARSKY,

                Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

*Civil Action No.:* 1:24-cv-01921-NGG-PK

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JOCELYN PIERRE by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITH PREJUDICE** as against Defendants JONES PIZZA INC. JONES PIZZA INC. d/b/a LAYLA JONES PIZZA & PASTA, ALEKSANDER BARSKY, and FLORA BARSKY, since no party has answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
        May 28, 2024

                              THE MARKS LAW FIRM, PC

                              By: _____
                                  Darren R. Marks, Esq.
                              155 E 55th Street, Suite 4H
                              New York, NY 1002
                              T:(646) 960-7820
                              F: (646) 770- 2639
                              E: darren@markslawpc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.

JOCELYN PIERRE,

                                      Plaintiff,

      -against-

JONES PIZZA INC. JONES PIZZA INC. d/b/a LAYLA JONES PIZZA & PASTA, ALEKSANDER BARSKY, and FLORA BARSKY,

                                      Defendants.

**NOTICE OF DISCONTINUANCE**

THE MARKS LAW FIRM, PC
*Attorneys for Plaintiff*
155 E 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 960-7820
Email: darren@markslawpc.com