UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

            Plaintiff,

-against-

JONES PIZZA INC. JONES PIZZA INC. d/b/a LAYLA JONES PIZZA & PASTA, ALEKSANDER BARSKY, and FLORA BARSKY,

            Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

*Civil Action No.:* 1:24-cv-01921-NGG-PK

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JOCELYN PIERRE by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITH PREJUDICE** as against Defendants JONES PIZZA INC. JONES PIZZA INC. d/b/a LAYLA JONES PIZZA & PASTA, ALEKSANDER BARSKY, and FLORA BARSKY, since no party has answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
       May 28, 2024

THE MARKS LAW FIRM, PC

By: _/s/ Darren R. Marks_
Darren R. Marks, Esq.
155 E 55th Street, Suite 4H
New York, NY 1002
T:(646) 960-7820
F: (646) 770- 2639
E: darren@markslawpc.com

**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 5/28/24